**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-21272-CIV-SMITH/HUNT**

NAIDA DAVIS,

      Plaintiff,

vs.

CARNIVAL CORPORATION,

      Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon Magistrate Judge Hunt's Amended Report and Recommendation [DE 39], recommending Plaintiff's Motion for Sanctions for Spoliation of Evidence [DE 18] be denied.  No objections have been filed.  Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

      **ORDERED** that:

      1)    Magistrate Judge Hunt's Amended Report and Recommendation [DE 39] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

      2)    Plaintiff's Motion for Sanctions for Spoliation of Evidence [DE 18] is **DENIED.**

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of July, 2026.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record